IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Giuseppe Cirincione,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KeyBank, N.A.,<br><br>　　　　Defendant. | No. CV-15-02073-PHX-NVW<br><br>**JUDGMENT AND DISMISSAL BY COURT** |

Based on Defendant's Offer of Judgment pursuant to Fed.R.Civ.P. 68, and Plaintiff's timely acceptance of said offer:

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Plaintiff, Giuseppe Cirincione as an individual, against Defendant KeyBank, N.A., in the amount of $3500.00.

DATED this 25th day of November, 2015.

_____
Neil V. Wake
United States District Judge